# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-14-00300-CV
_____

### GREYHOUND LINES, INC. AND PAUL FLUECKIGER, Appellants

### V.

### CAITLIN HASSLER AND JENNIFER HASSLER, Appellees

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 11-02-01369 CV**

### ORDER

The appellants, Greyhound Lines, Inc. and Paul Flueckiger, filed an unopposed motion to abate the appeal pending settlement. The appellants inform the Court that they require additional time to finalize the settlement documents.

It is, therefore, ORDERED that the appeal is abated for forty-five days. All appellate timetables, including the time to prepare and file the record, are stayed during the abatement. The appeal will be reinstated without further order of this Court in forty-five days unless before that date the appellants file a motion to

1

dismiss the appeal, the parties file a joint motion for an agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED September 25, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.